| | |
|---|---|
| 1 | MARK E. ELLIS (Cal. State Bar No. 127159) |
|   | ROBERT W. LUCAS (Cal. State Bar No. 143920) |
| 2 | MURPHY, PEARSON, BRADLEY & FEENEY |
|   | 701 University Avenue, Suite 150 |
| 3 | Sacramento, California 95825 |
|   | Telephone: (916) 565-0300 |
| 4 | Facsimile: (916) 565-1636 |

PAUL NICHOLAS BOYLAN (Cal. State Bar No. 140098)
P.O. Box 719
Davis, California 95617
Telephone: (916) 297-7184
Facsimile: (916) 297-7168

Attorneys for Plaintiff
Louis I. Braunstein

JEFFREY D. WOHL (Cal. State Bar No. 96838)
DANIEL E. WALDMAN (Cal. State Bar No. 223034)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Defendant
International Business Machines Corporation and
Theodore Lowry

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LOUIS I. BRAUNSTEIN, | No. C-05-03698-SI |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |
| vs. | |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, THEODORE LOWRY, WILLIAM SPENCER, and DOES 1 through 100, inclusive, | |
| Defendants. | |

LEGAL_US_W # 53169932.1

STIP AND [PROPOSED] ORDER OF DISMISSAL
U.S.D.C., N.D. Cal., No. C-05-03698-SI

Pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, plaintiff Louis I. Braunstein and defendants International Business Machines Corporation and Theodore Lowry, through and by their attorneys of record, stipulate as follows:

This action may be DISMISSED WITHOUT PREJUDICE against defendants Theodore Lowry and William Spencer, each party to bear their own costs and attorneys' fees.

Dated: January __, 2006.    MARK E. ELLIS
ROBERT W. LUCAS
MURPHY, PEARSON, BRADLEY & FEENEY

PAUL NICHOLAS BOYLAN

By:_____
Robert W. Lucas
Attorneys for Plaintiff
Louis I. Braunstein

Dated: January 12, 2006.    JEFFREY D. WOHL
DANIEL E. WALDMAN
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By:_____
Jeffrey D. Wohl
Attorneys for Defendant
International Business Machines Corporation and
Theodore Lowry

LEGAL_US_W # 53169932.1

STIP AND [PROPOSED] ORDER OF DISMISSAL
U.S.D.C., N.D. Cal., No. C-05-03698-SI

Pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, plaintiff Louis I. Braunstein and defendants International Business Machines Corporation and Theodore Lowry, through and by their attorneys of record, stipulate as follows:

This action may be DISMISSED WITHOUT PREJUDICE against defendants Theodore Lowry and William Spencer, each party to bear their own costs and attorneys' fees.

Dated: January 12, 2006.

MARK E. ELLIS
ROBERT W. LUCAS
MURPHY, PEARSON, BRADLEY & FEENEY

PAUL NICHOLAS BOYLAN

By: _____
Robert W. Lucas
Attorneys for Plaintiff
Louis I. Braunstein

Dated: January __, 2006.

JEFFREY D. WOHL
DANIEL E. WALDMAN
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
Jeffrey D. Wohl
Attorneys for Defendant
International Business Machines Corporation and
Theodore Lowry

LEGAL_US_W # 53169932.1

STIP AND [PROPOSED] ORDER OF DISMISSAL
U.S.D.C., N.D. Cal., No. C-05-03698-SI

## ORDER

On the stipulation of the parties, and good cause appearing therefor,

IT IS SO ORDERED.

Dated: January ___, 2006.



Susan Illston
United States District Judge

GRANTED
Judge Susan Illston