Mark E. Ellis - 127159
Robert W. Lucas - 143920
MURPHY, PEARSON, BRADLEY & FEENEY
701 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 565-0300
Facsimile: (916) 565-1636

Attorneys for Plaintiff
LOUIS BRAUNSTEIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS I. BRAUNSTEIN<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION, THEODORE LOWRY, WILLIAM SPENCER, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: C-05-03698-SI<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE** |

Plaintiff Louis I. Braunstein, by and through, his attorney of record, and Defendant International Business Machines Corporation, by and through its attorney of record, hereby stipulate and request that the Court continue the Further Case Management Conference currently scheduled for April 28, 2006, at 2:30 p.m. be continued for 30 days so that the parties can complete the Early Neutral Evaluation, currently scheduled for April 26, 2006.

Dated: 3/31/06

MURPHY, PEARSON, BRADLEY & FEENEY

By _____
Robert W. Lucas
Attorneys for Plaintiff
LOUIS BRAUNSTEIN

- 1 -

Stipulation And [Proposed] Order Continuing Further Case Management Conference

Dated: 03/25/06

PAUL HASTINGS, JANOFSKY & WALKER LLP

By _____
Jeffrey D. Wohl
Daniel E. Waldman
Attorneys for Defendant
INTERNATIONAL BUSINESS MACHINES CORPORATION

- 2 -

1 **[PROPOSED] ORDER**

2 On the stipulation of the parties, and for good cause shown,

3 IT IS ORDERED that the Further Case Management Conference currently scheduled for April 28, 2006, at 2:00 p.m. is continued to  May 26, 2006  at  2:30 p.m. .

*/s/ Susan Illston*
Susan Illston
JUDGE, UNITED STATES DISTRICT COURT

10 RWL.10314828.doc